DANIEL G. BOGDEN
United States Attorney
ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney
100 West Liberty, Suite 600
Reno, Nevada
775-784-5438

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cr-145-KJD-PAL |
| Plaintiff, | ) | |
| | ) | Government's Unopposed Motion |
| vs. | ) | to Stay and Hold In Abeyance |
| | ) | Proceedings Regarding Defendant's |
| MICHAEL WAYNE YOST, | ) | Eligibility for a Sentence Reduction |
| | ) | Until His Direct Appeal Is Final |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by United States Attorney Daniel G. Bogden and Appellate Chief and Assistant United States Attorney Elizabeth O. White, files this motion to stay and hold in abeyance this Court's order (Doc. #1477) regarding Defendant's potential eligibility for a sentence reduction until Defendant's direct appeal is final and jurisdiction is returned to this Court. In support of this unopposed motion, undersigned counsel states as follows:

1.      On March 17, 2010, this Court sentenced Defendant to 168 months' imprisonment upon his conviction for a drug conspiracy in violation of 21 U.S.C. § 846. CR 1279.

1

2. Defendant filed a timely notice of appeal, CR 1280, which the court of appeals docketed as C.A. No. 10-10125. *See* CR 1286. After lengthy delays, that appeal is now fully briefed, and oral argument has been scheduled for October 19, 2015. *See* C.A. No. 10-10125 (8/11/15 Notice of Oral Argument).

3. On June 8, 2015, pursuant to the protocol this Court established for evaluating defendants' eligibility for sentence reductions under 18 U.S.C. § 3582(c)(2) in light of retroactive Guideline Amendment 782, the Federal Public Defender filed a motion for appointment of counsel to represent Defendant to determine whether he qualified for such a reduction. CR 1476. On July 8, 2015, this Court entered an order 1) appointing the Federal Public Defender to represent Defendant, 2) ordering the probation office to obtain and provide to the parties information necessary to determine whether Defendant qualified for a reduction, and 3) setting a briefing schedule. CR 1477.

4. Because Defendant's appeal is pending before the court of appeals, this Court is without jurisdiction to address his eligibility for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendment 782. *See Griggs* v. *Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

5. Undersigned counsel contacted Assistant Federal Public Defender Nisha Brooks-Whittington. Ms. Brooks-Whittington said she has no opposition to the government's motion or to an order staying and holding in abeyance the proceedings regarding the Defendant's potential eligibility for a sentence reduction until his direct appeal is final.

For the reasons stated above, the government respectfully requests that the Court grant this unopposed motion, and stay and hold in abeyance proceedings regarding Defendant's potential eligibility for a sentence reduction until his direct appeal is final and jurisdiction has been returned to this Court.

Dated this 17th of August, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


*s/ Elizabeth O. White*
Elizabeth O. White
Appellate Chief and
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 8/28/2015

U.S. District Judge