# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

               Plaintiff,

v.

Michael Wayne Yost,

               Defendant.

JUDGMENT

Case Number: 2:07-cr-00145-KJD-PAL-10

(Related case: 2:16-cv-02372-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the United States of America and against defendant, Michael Wayne Yost. A Certificate of Appealability is denied.

3/20/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk